# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

21cv1074 MIS-LF

**1. Submit to Appropriate Federal Agency:**
Summit Food Service FSO
(Curry County Adult Detention Center)

**2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse).** (Number, Street, City, State and Zip code)
Myrtis Paulo Hart
801 Mitchell
Clovis, New Mexico 88101

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY  ☑ CIVILIAN
**4. DATE OF BIRTH:**
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 10/22/21 – 10/24/21
**7. TIME (A.M. OR P.M.):**

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The continued issue of serving food made by inmates other ordered by Summit Food Services staff in which case for over a week was served below preferred serving temp which was an astanding 150°F instead of the 185° Farenheit has violated the cleanliness and healthy standards for the state of New Mexico and exacuvated poisoning to myself and other inmates for almost a week.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Summit Kitchen and Conditions of Kitchen, Serving and Storing, conditions can be examined at 801 Mitchell, Clovis New Mexico 88101.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Extent of Injury is the anxiety born from the cruel and unusual punishment and constant violation of cleanliness and healthy.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| 1. Anthony Moore | 1. 320 East 7th |
| 2. Victor Salas | 2. 701 East Avenue G, Muleshoe Texas 79347 |
| 3. | |
| 4. | |

**12. AMOUNT OF CLAIM (in dollars)** (See instructions on reverse).

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $120,000.00 | | 120,000.00 one-hundred and twenty thousand dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side).
*(signed)*

**13b. PHONE NUMBER OF PERSON SIGNING FORM:** 575-362-2519

**14. DATE OF SIGNATURE:** 10/28/21

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? [ ] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [✓] No |
|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [ ] Yes   [✓] No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| 19. Do you carry public liability and property damage insurance?   [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [✓] No |
|---|

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

Grievance File # _____



# Curry County
# Detention Center
801 Mitchell    ovis, New Mexico 88101
575-763-14      Fax 575-762-0908

BC



## Grievance Form

Detainee's Name: Martin Pablo Vara     Number (#) 62298

Housing Unit: Pod 3     Date of Incident: 10/22/21

Date Received by Grievance Officer: **Received 10/27/21**     Grievance Officer Signature: _____

**INSTRUCTIONS:** It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

**REJECTED 10/27/21**

**STEP 1 – GRIEVANCE:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

There has been theft by a multitude of inmates as well as others and it violates the Cyber-security Act.

Detainee's Signature: _____     Date: 10/22/21

Relief Requested: Please provide your Communications Waiver, or a copy of Communications Waiver and when issued for this facility. (Oct. 22, 2021, Jacob throughout day) (Oct. 27, 2021, Jacob from 10:28 - throughout day) (federal polygraph) (They do to each other)

**STEP 2 - To be completed by the Grievance Officer:**

A. Your Grievance is accepted for consideration.
B. Your Grievance is being returned to you because of the following:
 1. The grievance is not readable.
 2. The matter has been answered in previous grievance # _____
 3. The grievance concerns material that non-grievable under present policy.
 4. The grievance is a group grievance or petition. (Submit individually.)
 5. The grievance is not timely.
 6. Other Specify _Abused grievance process_
 7. Not Signed or Dated

Grievance Officer Signature: _____     Date: 12/27/21

Detainee Grievance

(Documented Avoidance of Compliance with Remedy Exhaustion Policy, Procedure and State and Federal Law.)

Grievance File # _____



# Curry County
# Detention Center
801 Mitchell Clovis, New Mexico 88101
575-763-1490    Fax 575-762-0908

RC



## Grievance Form

Detainee's Name: Myrtis _____ Number (#) 62298
Housing Unit: Pod 3                  Date of Incident: 10/22/21
Date Received by Grievance Officer: **received 10/21/21**    Grievance Officer Signature: _____

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

**REJECTED 10/21/21**

STEP 1 – GRIEVANCE: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

Tables are painted with a toxic paint that is ate off of during lunch which would violate clean and healthy standards. This is an ongoing issue and has been so for 5 plus years.

Detainee's Signature: _____   Date: 10/22/21

Relief Requested: Please admit to the issue of unsanitary paint as well as unsanitary conditions. Please admit to a violation of clean and healthy standards because these tables should be stainless steel in order to be sanitary.

STEP 2 - To be completed by the Grievance Officer:

A. Your Grievance is accepted for consideration.
B. Your Grievance is being returned to you because of the following:
   1  The grievance is not readable.
   2  The matter has been answered in previous grievance # _____
   3  The grievance concerns material that non-grievable under present policy.
   4  The grievance is a group grievance or petition. (Submit individually.)
   5  The grievance is not timely.
   6  Other Specify _____
   7  Not Signed or Dated
   
   Grievance Officer Signature: _____   Date: 10/21/21
   
   Detainee Grievance

Grievance File # 2021u72



# Curry County
# Detention Center
801 Mitchell Clovis, New Mexico 88101
575-763-1490    Fax 575-762-0908

BC



## Grievance Form

Detainee's Name: Myrtis Paub Hart   Number (#) 62398

Housing Unit: Pod 3   Date of Incident: 10/22/21

Date Received by Grievance Officer: **received 10/25/21**   Grievance Officer Signature: _Stan___

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

STEP 1 – GRIEVANCE: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

An error was made by the Kitchen staff that was also remedied by an attempt of (food added to trays in substitute)

Detainee's Signature: Myrtis Paub Hart   Date: 10/22/21

Relief Requested: To admit to the violation of clean and healthy standards and to submit a report of a daily (calorie count) all days in question as well as all continued days of feeding.

STEP 2 - To be completed by the Grievance Officer:

A. Your Grievance is accepted for consideration.
B. Your Grievance is being returned to you because of the following:
   1  The grievance is not readable.
   2  The matter has been answered in previous grievance #_____
   3  The grievance concerns material that non-grievable under present policy.
   4  The grievance is a group grievance or petition. (Submit individually.)
   5  The grievance is not timely.
   6  Other Specify_____
   7  Not Signed or Dated

Grievance Officer Signature: _Stan___   Date: 10/25/21

Detainee Grievance

Page 1 of 2

Grievance File # 2021072

---

Continued

---

Step 3 – Grievance Investigation and Recommendation:

Forwarded to Kitchen Supervisor

Grievance Officer's Signature: _[signature]_     Date: 10/25/21

Step 4 - Department Decision:

See Attachment 1.

Administrator/ Designee Signature: _[signature]_     Date: 10/27/21

Step 5 - Decision of Administrator/Designee

Denied ( )     Granted ( )     Dismissed ( )     Resolved (X)     Referred ( )

Kitchen has switched the menu. Dietitian and kitchen have agreed to serve meat strayonett one time in 5 weeks

Signature: _[signature]_     Date 10/27/21

Step 6 - Departmental Appeal (Return grievance to Grievance Officer for processing.)

A. Reason for appeal:

_____
_____
_____

Department Signature: _____     Date: _____

Good Morning, to whom it may concern,

We serve meat stroganoff two times within a 5-week period, what I can do to fix all the grievances is switch week twos dinner meal on Friday is to a stew which is not on the menu at all. That will make the meat stroganoff on the menu only one time in five weeks. Detainees need to realize I cannot switch the menu without permission from our Dietitian. The dietitian is the one who makes the menu and recipes to follow the menu. This has been the same menu for a repetitive 5 weeks for over a year now I don't understand why it is becoming an issue now, but we will do our best to fix the issue.

Thank you,

Cassandra Griffin
Summit Food Service FSD
Curry County Adult Detention Center
Cassandra.griffin@summitfoodservice.com

SUMMIT

Small enough to care... Big enough to make a difference.

10/26/2021

(Admiture of Cleanliness and Healthy Standards Yokine)

Grievance File # _____



# Curry County
# Detention Center
801 Mitchell Clovis, New Mexico 88101
575-763-1490    Fax 575-762-0908

BC



Cruel and Unusual Punishment Overuse and denial of Conditions.

### Grievance Form

Detainee's Name: Curtis Paul Hart    Number (#) 62398

Housing Unit: Pod 3    Date of Incident: 10/22/21

Date Received by Grievance Officer: 10/22/21    Grievance Officer Signature: _____

received 10/22/21

REJECTED 10/22/21

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

STEP 1 – GRIEVANCE: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

Please address visible concealment of water as well as known asbestos and black mold in day room & cell vents, as well as Day room vents.

Detainee's Signature: Curtis Paul Hart    Date: 10/22/21

Relief Requested: Admit or Provide record of previous Annual cleanliness report that reveals black mold and asbestos in building in the same or similar conditions in building or provide negative test in places occupied. (Pod 101)(Pod 3 304)(Quarantine)(Pod 6 104 (604) top floor last cell)

STEP 2 – To be completed by the Grievance Officer:

A. Your Grievance is accepted for consideration.
B. Your Grievance is being returned to you because of the following:
   1  The grievance is not readable.
   2  The matter has been answered in previous grievance # _____
   3  The grievance concerns material that non-grievable under present policy.
   4  The grievance is a group grievance or petition. (Submit individually.)
   5  The grievance is not timely.
   6  Other Specify Annual grievance process
   7  Not Signed or Dated
   Grievance Officer Signature: _____    Date: 10/22/21

Detainee Grievance

Grievance File # 20211008

Continued

Step 3 – Grievance Investigation and Recommendation:

Forwarded to Kitchen Supervisor.

Grievance Officer's Signature: _Starfield_   Date: 10/25/21

Step 4 - Department Decision:

See attachment 1

Administrator/ Designee Signature: _Sta___   Date: 10/27/21

Step 5 - Decision of Administrator/Designee

Denied ( )   Granted ( )   Dismissed ( )   Resolved (X)   Referred ( )

Kitchen has switched the menu. The dietitian & kitchen has agreed to serve meat stroganoff one time in 5 weeks.

Signature: _Sta___   Date: 10/27/21

Step 6 - Departmental Appeal (Return grievance to Grievance Officer for processing.)

A. Reason for appeal:

Department Signature: _____   Date: _____

Grievance File # 2021 068

 

# Curry County
# Detention Center
801 Mitchell Clovis, New Mexico 88101
575-763-1490    Fax 575-762-0908

BO

## Grievance Form

Detainee's Name: Myrtis Paulo Hart    Number (#): 63508

Housing Unit: Pod 3    Date of Incident: 10/22/21

Date Received by Grievance Officer: **received 10/25/2021**    Grievance Officer Signature: Starful

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

STEP 1 – GRIEVANCE: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

A seperate case involving cruel and unusual punishment is a 30 day long repetitious pattern of violating food handlers safety precautions by staff and kitchen staff as well as inmates (food handlers) storage and service as well as serving standards

Detainee's Signature: Myrtis Paulo Hart    Date: 10/22/21

Relief Requested: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Please address not only shortage of calories on my trays Myrtis Paulo Hart but please address the continued violation which ended up or concluded in the serving of in edible food.

STEP 2 - To be completed by the Grievance Officer:

   (A) Your Grievance is accepted for consideration.
   B.  Your Grievance is being returned to you because of the following:
      1  The grievance is not readable.
      2  The matter has been answered in previous grievance #_____
      3  The grievance concerns material that non-grievable under present policy.
      4  The grievance is a group grievance or petition. (Submit individually.)
      5  The grievance is not timely.
      6  Other Specify_____
      7  Not Signed or Dated

Grievance Officer Signature: Starful    Date: 10/25/21

Detainee Grievance

Page **1** of **2**

Grievance File # _____



# Curry County
# Detention Center
801 Mitchell Clovis, New Mexico 88101
575-763-1490    Fax 575-762-0908

BC



---

### Grievance Form

Detainee's Name: Murtis Paulo Hart    Number (#) 63398

Housing Unit: Pod 3    Date of Incident: 10/21/21

Date Received by Grievance Officer: **received 10/21/21**    Grievance Officer Signature: _Stanfil_

INSTRUCTIONS: It is expected that problems be resolved in an informal manner. Please read Policy/Procedure in your Detainee handbook before filing a grievance. Your grievance must be filed with the Facility Grievance Officer or Designee to be valid. Copies sent elsewhere will be considered informational copies only, not requiring a response.

**REJECTED 10/21/21**

STEP 1– GRIEVANCE: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

Continuing to serve breakfast at a room temperature that is sub standard or in violation of clean and healthy standards is occuring daily (See cameras)

Detainee's Signature: _Murtis Hart_    Date: 10/21/21

Relief Requested: Admit to footage seen on cameras and wait times on cameras which was at stopping 30-45 minute wait on trays but today it was 35 mins.

---

STEP 2 - To be completed by the Grievance Officer:

   A. Your Grievance is accepted for consideration.
   (B.) Your Grievance is being returned to you because of the following:
     1  The grievance is not readable.
     2  The matter has been answered in previous grievance # _____
     3  The grievance concerns material that non-grievable under present policy.
     4  The grievance is a group grievance or petition. (Submit individually.)
     5  The grievance is not timely.
     (6.) Other Specify _see back._
     7  Not Signed or Dated

Grievance Officer Signature: _Stanfil_    Date: 10/21/21

Detainee Grievance

Page 1 of 2

Grievance File # _____

Continued
_____

Step 3 – Grievance Investigation and Recommendation:

_____
_____
_____

Grievance Officer's Signature: _____  Date: _____

Step 4 - Department Decision:

_____
_____
_____
_____
_____

Administrator/ Designee Signature: _____  Date: _____

Step 5 - Decision of Administrator/Designee

Denied (✓)     Granted ( )     Dismissed ( )     Resolved ( )     Referred ( )

You have taken advantage of the grievance process. All future grievances will be sent back

Signature: _Stanfil_____  Date __10/27/21__

Step 6 - Departmental Appeal (Return grievance to Grievance Officer for processing.)

A. Reason for appeal:

_____
_____
_____

Department Signature: _____  Date: _____



FOREVER USA — Barn Swallow

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 05 2021
MITCHELL R. ELFERS
CLERK

United States District Court District of New Mexico
Office of the Clerk
333 Lomas Blvd. NW, Suite (   )
Albuquerque, New Mexico 87102

(Mister Parks Hitt)
Curry County Adult Detention Center
801 Mitchell
Clovis, New Mexico 88101